# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

FRANKLIN L. CHANCE
ADC #132313                                                    PLAINTIFF

v.                        No. 1:19-cv-75-DPM-JJV

CHRIS JOHNSON, Deputy Warden,
North Central Unit, ADC: JARED
DOVER, Correctional Officer, North
Central Until, ADC; JUSTIN PETERS,
Grievance Coordinator, North Central
Unit, ADC; and DEXTER PAYNE,
Deputy Director, ADC                                          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, № 6. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Chance may proceed with his retaliation claims against Johnson and Dover. All other claims are dismissed without prejudice.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2019