# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

FRANKLIN L. CHANCE
ADC #132313                                                              PLAINTIFF

v.                              No. 1:19-cv-75-DPM-JJV

CHRIS JOHNSON, Deputy Warden,
North Central Unit, ADC; and
JARED DOVER, Correctional Officer,
North Central Until, ADC                                                 DEFENDANTS

## ORDER

After Magistrate Judge Volpe filed his recommendation, the Court received Chance's response to the pending motion for summary judgment. № 20–22. His response includes a declaration that contradicts allegations in Ms. Grigsby-Brown's declaration. *Compare* № 14-2 at ¶ 24, *with* № 21 at ¶ 2; *see also* № 20 at ¶¶ 4–6. In light of this new material, the Court would appreciate a supplemental recommendation on the exhaustion issue. The Court therefore returns this case to the Magistrate Judge.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2020