IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

FRANKLIN L. CHANCE
ADC #132313                                                                              PLAINTIFF

v.                                      No. 1:19-cv-75-DPM

CHRIS JOHNSON, Deputy Warden,
North Central Unit, ADC; and
JARED DOVER, Correctional Officer,
North Central Until, ADC                                                         DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation and supplemental recommendation, *Doc. 19 & Doc. 33*, and overrules Chance's previous response and objections, *Doc. 20–24*. FED. R. CIV. P. 72(b)(3). Defendants' motion for summary judgment, *Doc. 14*, is granted. Chance's remaining claims will be dismissed without prejudice for failure to exhaust.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 April 2020