IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

FRANKLIN L. CHANCE
ADC #132313                                                              PLAINTIFF

v.                              No. 1:19-cv-75-DPM

CHRIS JOHNSON, Deputy Warden,
North Central Unit, ADC; JARED
DOVER, Correctional Officer, North
Central Until, ADC; JUSTIN PETERS,
Grievance Coordinator, North Central
Unit, ADC; and DEXTER PAYNE,
Deputy Director, ADC                                                   DEFENDANTS

## JUDGMENT

Chance's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 April 2020